ACCEPTED
14-13-00986-CV
FOURTEENTH COURT OF APPEAL
HOUSTON, TEXAS
2/23/2015 11:22:39 AM
CHRISTOPHER PRIN
CLERK

No. 14-13-00986 CV

**IN THE COURT OF APPEALS
FOR THE FOURTEENTH DISTRICT OF TEXAS
AT HOUSTON, HARRIS COUNTY**

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS
2/23/2015 11:22:39 AM
CHRISTOPHER A. PRINE
Clerk

**Inland American Retail Management, LLC, a Delaware Corporation as Managing Agent for MB Tomball Town Center Limited Partnership and Inland American Retail Management, LLC, a Delaware Corporation as Managing Agent for Managing Agent for MB Spring Town Center Limited Partenrship, Appellant**

**v.**

**Paul Friedman, Appellee**

**APPELLEE'S FIRST MOTION FOR EXTENSION OF TIME
TO FILE MOTION FOR REHEARING**

TO THE HONORABLE COURT OF APPEALS:

This is a motion for extension of time to file a motion for rehearing. This is appellee's first requested continuance.

**I.**

The Court issued its opinion in the above-referenced case on February 10, 2105. Accordingly, the deadline for filing the motion for rehearing is February 25, 2015, and this motion is being timely filed pursuant to Rule 49.8 of the Texas Rules of Appellate Procedure.

**II.**

Undersigned counsel for appellee Paul Freidman would show the following good cause why he is unable to file a motion for rehearing by the current deadline. Counsel is a

solo practioner with an extremely busy trial practice. He is currently set for trial in the following cases:

**State of Texas v. Leon Davis**, Cause No. 13-01-00685-CR; In the 9th Judicial District Court of Montgomery County, Texas

**Mauricio Fabre v. Ted Degville**; Cause No. 14-03-02970-CV; In the 284th Judicial District Court of Montgomery County, Texas

**In the Interest of S.R.S. and K.B.S., children**; Cause No. 07-03-02751-CV; In the 418th Judicial District Court of Montgomery County, Texas

**Tessa Greenlee v. Ricky Lynn Wilkerson, Walter D. Wilkerson and Colby Gene Warren**; Cause No. 14-03-03485; In the 284th Judicial District Court of Montgomery County, Texas

**In the Matter of the Marriage of Richelle Lewise Taylor and John Daivd Taylor**; Cause No. 15-01-22947; In the County Court at Law of Waller County, Texas

**In the Interest of A.K., L.K. and I.K., children**; Cause No. 14-06-06520-CV; In the 418th Judicial District Court of Montgomery County, Texas

**In the Matter of the Marriage of Mary Jean Williams and Michael Lee Williams**; Cause No. 15-01-00882-CV; In County Courty at Law No. Three (3) of Montgomery County, Texas

**In the Interest of K.C., a child**; Cause No. 09-04-03723-CV; In County Court at Law No. Three (3) of Montgomery County, Texas

**In the Interest of B.R.W., a child**; Cause No. 14-09-10307-CV; In County Court at Law No. Three (3) of Montgomery County, Texas

**State of Texas v. Michael Boyd**; Cause No. 14-05-05251-CR; In the 9th Judicial District Court of Montgomery County, Texas

**State of Texas v. Michael Stanley Oneal**; Cause No. 15-01-00803-CR; In the 410th Judicial District Court of Montgomery County, Texas

**State of Texas v. Tracie Darlene Doss**; Cause No. 15-01-00640-CR; In the 221st Judicial District Court of Montgomery County, Texas

and has been preparing for trial in and around the State of Texas.

Additionally, Attorney for Appellee has also recently represented the following in court:

**In the Interest of R.M.F. and B.E.F., children**; Cause No. 11-03-03518-CV; In the 418th Judicial District Court of Montgomery County, Texas

**In the Matter of the Marriage of Jason Holliday and Rhiannon Rae Holliday**; Cause No. 14-07-08310-CV; In the 418th Judicial District Court of Montgomery County, Texas

**In the Interest of A.K., L.K. and I.K., children**; Cause No. 14-06-06520-CV; In the 418th Judicial District Court of Montgomery County, Texas

**In the Interest of S.R.S. and K.B. S., children**; Cause No. 07-03-02751-CV; In the 418th Judicial District Court of Montgomery County, Texas

**State of Texas v. Leon Davis**, Cause No. 13-01-00685-CR; In the 9th Judicial District Court of Montgomery County, Texas

**In the Matter of the Marriage of Lauren Genelle Lawson and Dustin Dean Lawson and In the Interest of C.E.L., a child**; Cause No. 14-05-04860-CV; In the 410th Judicial District Court of Montgomery County, Texas

**State of Texas v. EthanTyler Edwards**; Cause No. 13-12-13095-CR; In the 9th Judicial District Court of Montgomery County, Texas

**In the Interest of B.R.W., a child**; Cause No. 14-09-10307-CV; In County Court at Law No. Three (3) of Montgomery County, Texas

In the Matter of the Marriage of Kathleen Joanne Scarlett and Joseph Raymond Scarlett, Jr. and In the Interest of J.J.S., a child; Cause No. 14-07-08253-CV; In County Court at Law No. Three (3) of Montgomery County, Texas

State of Texas v. Michelle L. Archer; Cause No. 14-11-12178-CR; In the 9th Judicial District Court of Montgomery County, Texas

In the Matter of the Marriage of Dawn Marie Neubaum and Todd Jeffrey Neubaum; Cause No. 14-08-08750-CV; In County Court at Law No. Three (3) of Montgomery County, Texas

In the Matter of the Marriage of Lorie Lee Neubaum and Terry Jon Neubaum; Cause No. 14-08-08678-CV; In County Court at Law No. Three (3) of Montgomery County, Texas

State of Texas v. Amber Bickford; Cause No. 14-12-13005-CR; In the 221st Judicial District Court of Montgomery County, Texas

State of Texas v. Christopher Jacob Love; Cause No. 13-09-09920-CR; In the 221st Judicial District Court of Montgomery County, Texas

State of Texas v. Glenn Tyler Ortego; Cause No. 14-12-13610-CR; In the 9th Judicial District Court of Montgomery County, Texas

State of Texas v. Daryl Eric Moseley; Cause No. 14-12-13232-CR; In the 410th Judicial District Court of Montgomery County, Texas

State of Texas v. Doyal Randall Drinning; Cause No. 14-11-12137-CR; In the 221st Judicial District Court of Montgomery County, Texas

State of Texas vg. Lauren L'Nora Baugh; Cause No. 15-01-00257-CR; In the 9th Judicial District Court of Montgomery County, Texas

State of Texas v. Anthony Deno Bihms; Cause No. 14-12-13486-CR; In the 9th Judicial District court of Montgomery County, Texas

**State of Texas v. Archie Lee Brewer**; Cause No. 14-12-13574-CR; In the 9th Judicial District Court of Montgomery County, Texas

**State of Texas v. Christopher Jesse Welsh**; Cause No. 15-02-01184-CR; In the 9th Judicial District Court of Montgomery County, Texas

**State of Texas v. Brandon Cheney**; Cause No. 14-05-05161-CR; In the 9th Judicial District Court of Montgomery County, Texas

**In the Interest of L.C., a child**; Cause no. 11-11-12125-CV; In the 418th Judicial District Court of Montgomery County, Texas

**State of Texas v. Jimmy Tran**; Cause No. 14-12-13690-CR; In the 221st Judicial District Court of Montgomery County, Texas

**In the Matter of the Marriage of Anita Foley Marshall and Graham Marshall and In the Interest of A.M.M. and F.E.M., children**; Cause No. 09-01-00788-CV; In the 418th Judicial District Court of Montgomery County, Texas

**State of Texas v. Joel A. Friedman**; Cause No. 1437280; In the 232nd Judicial Criminal District Court of Harris County, Texas

**In the Matter of the Marriage of Blaine Steven Holcomb and Donna Schmidt Hubbard**; Cause No. 15-01-00394-CV; In County Court at Law No. Three (3) of Montgomery County, Texas

**State of Texas v. Tracie Darlene Doss**; Cause No. 15-01-00640-CR; In the 221st Judicial District Court of Montgomery County, Texas

### III.

Appellee requests that the deadline for filing appellee's motion for rehearing be extended to April 25, 2015.

## IV.

No previous motion for extension of time has been requested. Appellee represents to this Honorable Court that an extension of time is not being sought for the purpose of delay, but so that justice may be served.

Respectfully submitted,

BRASS & McCOTTER

By: _____

RICK BRASS
State Bar No. 02909450
207 Simonton
Conroe, Texas 77301
Tel (936) 788-5700
Fax (936) 788-5701
Attorney for Appellee Paul Friedman

## VERIFICATION

STATE OF TEXAS      *
     *
COUNTY OF MONTGOMERY      *

I, Rick Brass, under oath state that I have read the foregoing motion for extension of time and that the facts stated therein are true and correct.

_____
Rick Brass

Subscribed and sworn to by Rick Brass on this the 23 day of February, 2015.

MARILYN NIXON
NOTARY PUBLIC, STATE OF TEXAS
MY COMMISSION EXPIRES
APRIL 8, 2015

_____
NOTARY PUBLIC
IN AND FOR THE STATE OF TEXAS

## CERTIFICATE OF CONFERENCE

As required by Texas Rule of Appellate Procedure 10.1(a)(5), I certify that I have conferred, or made a reasonable attempt to confer, with all other parties which are listed below about the merits of this motion with the following results: **UNOPPOSED**

Mr. R. Spencer Shytles
State Bar No. 18335900
Two Lincoln Centre
5420 LBJ Freeway, Suite 300
Dallas, TX 75240
Tel. (972) 788-5300
Fax (972) 770-2156
Attorney for Appellants

_____
Attorney for Appellee

## CERTIFICATE OF SERVICE

I, Rick Brass, certify that a duplicate of the foregoing document was served on the Attorney for Appellants by electronic e-file service, on February 23, 2015.

_____
Attorney for Appellee